**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6577**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOSEPH WILLIE KENNEDY, a/k/a Snake,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge. (CR-92-116-JFM)

---

Submitted:  August 28, 1997      Decided:  September 17, 1997

---

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Joseph Willie Kennedy, Appellant Pro Se.  Andrea L. Smith, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motions for enlargement of time and for "unsealing of the record." We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Kennedy</u>, No. CR-92-116-JFM (D. Md. Mar. 25, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2